# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

JAMES M. GALLIGAN,

        Plaintiff,

v.

FMS, INC.,

        Defendant.

Case No. 11-CV-2004 JAR-JPO

## **STIPULATION**

COMES NOW Defendant FMS, Inc. ("FMS"), by and through its counsel of record, and stipulates that it will not seek costs in this action as the prevailing party. This stipulation is contingent upon the dismissal by Plaintiff/Appellant of his appeal filed in this action with the 10th Circuit Court of Appeals.

Respectfully submitted,

**s/ S. Douglas Mackay**
S. DOUGLAS MACKAY     #16788
KUTAK ROCK LLP
1605 N. Waterfront Parkway, Suite 150
Wichita, KS 67206
Telephone: (316) 609-7900
Facsimile: (316) 630-8021
doug.mackay@kutakrock.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this \_\_\_\_ day of July, 2012, I electronically filed the above and foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to the following:

>J. Mark Meinhardt
>Meinhardt Law
>9400 Reeds Road
>Suite 210
>Overland Park, KS  66207
>
>*Attorney for Plaintiff*

**s/ S. Douglas Mackay**
S. Douglas Mackay             #16788
